No. 94–7313. ANDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7315. CASEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7324. INGLE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–7329. GARNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–7342. MOUNTS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7357. STALEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7359. PHILLIPS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–7388. HARPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7394. HICKS *v.* THOMAS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 94–7403. BREWER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7434. ULLYSES-SALAZAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7436. MCCRIGHT *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.